Opinion issued April 7, 2011


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00236-CV

———————————

The Leviathan Enterprises Group, Inc., Appellant

V.

TRED
Holdings, L.P.,
Appellee



 



 

On Appeal from the 149th District Court

Brazoria County, Texas



Trial Court Case No. 42625

 



 

MEMORANDUM OPINION

Appellant
The Leviathan Enterprises Group, Inc. filed a notice of appeal but failed to
pay the filing fee, file a docketing statement, or file an appellant’s brief. Appellant
and appellee subsequently filed a joint motion to dismiss and for entry of
judgment on their settlement. Because the appellate fee and other required
filings have not been timely filed, we dismiss this appeal pursuant to Rule
42.3(c). Tex. R. App. P. 42.3(c).

We overrule the parties’ joint
motion to dismiss as moot.

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Alcala and Bland.